**EXHIBIT 2:**
**Proposed Order**


**Unopposed Motion of the**
**Advanced Medical Technology Association**
**for Leave to File Amicus Curiae Brief in Support of Plaintiffs,**
*Alcresta Therapeutics, Inc. v. Azar*,
**Civil Action No. 18-243 (TJK)**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALCRESTA THERAPEUTICS, INC., *et al.*,

       Plaintiffs,

   v.

ALEX M. AZAR II, Secretary of Health
and Human Services,

       Defendant.

Civil Action No. 18-243 (TJK)

## <u>ORDER</u>

With the Court having considered the Unopposed Motion of the Advanced Medical Technology Association for Leave to File Amicus Curiae Brief in Support of Plaintiffs, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the proposed amicus curiae brief submitted as Exhibit 1 to the motion shall be deemed filed as of December 6, 2018.

**SO ORDERED** this _____ day of December, 2018.

                         _____
                         TIMOTHY J. KELLY
                         United States District Judge

- 2 -

PERSONS TO BE SERVED WITH ORDER:

Stephanie A. Webster
Caroline L. Wolverton
AKIN GUMP STRAUSS
 HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

*Counsel for Plaintiffs*

James F. Segroves
REED SMITH LLP
1301 K Street, NW
Suite 1000 - East Tower
Washington, DC 20005

*Counsel for Amicus Curiae*
*Advanced Medical Technology Association*

Melanie D. Hendry
U.S. DEPARTMENT OF JUSTICE
U.S. Attorney's Office
 for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Jullia Callahan Bradley
U.S. DEPARTMENT OF HEALTH
 AND HUMAN SERVICES
Office of the General Counsel
C2-O5-23 Central Building
7500 Security Boulevard
Baltimore, MD 21224

*Counsel for Defendant*